1/20/26 11:47AM

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* ______ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

**7452 N. Western Ave., Inc.**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**DBA Candelite Chicago**
**DBA Candelite Restaurant**
**DBA Candelite Evanston**
**DBA Candlelite Pizza**
**DBA Chi Burger**
**DBA Candlelite Cafe**
**DBA Candlelite Pizza Cafe**
**DBA Candlelite**

**3. Debtor's federal Employer Identification Number** (EIN)

**61-1422816**

**4. Debtor's address**

**Principal place of business**

**7452 N. Western Avenue**
**Chicago, IL 60645**
Number, Street, City, State & ZIP Code

**Cook**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**candlelitechicago.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ______

Debtor **7452 N. Western Ave., Inc.** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor’s aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **7452 N. Western Ave., Inc.** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 20, 2026**
MM / DD / YYYY

*X* **/s/ George P. Fowler**
Signature of authorized representative of debtor

**George P. Fowler**
Printed name

Title **President**

---

**18. Signature of attorney**

*X* **/s/ SCOTT R. CLAR**
Signature of attorney for debtor

Date **January 20, 2026**
MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone **312-641-6777**

Email address **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

1/20/26 11:47AM

Debtor **7452 N. Western Ave., Inc.** Case number (*if known*)
Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **1932 Central St., LLC** | | | Relationship to you | **Affiliate** |
| District | **Northern DIstrict of Illinois** | When | **1/19/26** | Case number, if known | |
| Debtor | **Firehouse Grill Inc.** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | **1/19/26** | Case number, if known | **26-00903** |
| Debtor | **Josephines Restaurant Inc.** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | **1/19/26** | Case number, if known | **26-00909** |
| Debtor | **Station Two LLC** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | **1/19/26** | Case number, if known | |
| Debtor | **Vivians Restaurant, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | **1/19/26** | Case number, if known | |

1/16/26 4:45PM

Debtor **7452 N. Western Ave., Inc.**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 16, 2026**
MM / DD / YYYY

X ______________________________ **George P. Fowler**
Signature of authorized representative of debtor — *Printed name*

Title **President**

**18. Signature of attorney**

X ______________________________ Date **January 16, 2026**
Signature of attorney for debtor — MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone **312-641-6777** Email address **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

1/20/26 11:47AM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **7452 N. Western Ave., Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Altban1 Lending II LLC 477 Madison Avenue New York, NY 10022** | | | | | | **$210,138.00** |
| **American Express PO Box 981535 El Paso, TX 79998-1535** | | | | | | **$3,279.58** |
| **BCA Capital Partners LLC 100 Oceanside Drive Nashville, TN 37204** | | | | | | **$121,250.00** |
| **Breakthru Beverage 3333 S. Laramie Ave. Cicero, IL 60804** | | | | | | **$1,759.08** |
| **Comcast One Comcast Center Philadelphia, PA 19101-2838** | | | | | | **$629.11** |
| **Ecolab Pest Elimination Division 1 Ecolab Place Saint Paul, MN 55102** | | | | | | **$208.08** |
| **Empire Ice Cooler 940 W. Chicago Ave. Chicago, IL 60642** | | | | | | **$777.00** |
| **Greco and Sons 1500 Hecht Drive Bartlett, IL 60103** | | | | | | **$11,375.46** |

1/20/26 11:47AM

Debtor **7452 N. Western Ave., Inc.**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **OnDeck Capital Attn: Customer Service Inquiry 4700 W. Daybreak Pkwy, #200 South Jordan, UT 84009** | | | | | | **$161,792.22** |
| **Southern WIne and Spirits 2400 SW 145th Ave., #200 Miramar, FL 33027** | | | | | | **$1,831.06** |
| **Sysco Food Services 1390 Enclave Parkway Houston, TX 77077** | | | | | | **$6,297.34** |
| **Turano Baking Company 6501 W. Roosevelt Rd. Berwyn, IL 60402** | | | | | | **$105.74** |
| **United First LLC d/b/a First Capital Experts 2999 NE 191st St., Unit 901 Miami, FL 33180** | | | | | | **$45,467.08** |
| **Winebow 4800 Cox Road, #300 Glen Allen, VA 23060** | | | | | | **$605.72** |

# United States Bankruptcy Court
## Northern District of Illinois

In re **7452 N. Western Ave., Inc.** Case No.
Debtor(s) Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **19**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **January 20, 2026**

***/s/* George P. Fowler**
**George P. Fowler**/**President**
Signer/Title

1/16/26 4:45PM

**United States Bankruptcy Court**
**Northern District of Illinois**

In re **7452 N. Western Ave., Inc.** Debtor(s) Case No. Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **19**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **January 16, 2026**

**George P. Fowler/President**
Signer/Title

Altban1 Lending II LLC
477 Madison Avenue
New York, NY 10022

American Express
PO Box 981535
El Paso, TX 79998-1535

BCA Capital Partners LLC
100 Oceanside Drive
Nashville, TN 37204

Breakthru Beverage
3333 S. Laramie Ave.
Cicero, IL 60804

Byline Bank
180 N. LaSalle St., #300
Chicago, IL 60613

Comcast
One Comcast Center
Philadelphia, PA 19101-2838

Dave H, DeCelles
Assistant U.S. States Attorney
219 South Dearborn Street
Chicago, IL 60604

Ecolab Pest Elimination Division
1 Ecolab Place
Saint Paul, MN 55102

Empire Ice Cooler
940 W. Chicago Ave.
Chicago, IL 60642

Greco and Sons
1500 Hecht Drive
Bartlett, IL 60103

Newtek Bank, N.A.
Payment Processing
200 S. Orange Ave. Suite 1175
Orlando, FL 32801

OnDeck Capital
Attn: Customer Service Inquiry
4700 W. Daybreak Pkwy, #200
South Jordan, UT 84009

Small Business Administration
409 3rd Street, SW
Washington, DC 20416

Southern WIne and Spirits
2400 SW 145th Ave., #200
Miramar, FL 33027

State of Illinois Sales Use Tax
Illinois Dept of Revenue
PO Box 19006
Springfield, IL 62794-9006

Sysco Food Services
1390 Enclave Parkway
Houston, TX 77077

Turano Baking Company
6501 W. Roosevelt Rd.
Berwyn, IL 60402

United First LLC d/b/a
First Capital Experts
2999 NE 191st St., Unit 901
Miami, FL 33180

Winebow
4800 Cox Road, #300
Glen Allen, VA 23060

# United States Bankruptcy Court
## Northern District of Illinois

In re **7452 N. Western Ave., Inc.** Debtor(s)

Case No.
Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **7452 N. Western Ave., Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 20, 2026**
Date

**/s/ SCOTT R. CLAR**
**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for **7452 N. Western Ave., Inc.**

**Crane, Simon, Clar & Goodman**
**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
**312-641-6777 Fax:312-641-7114**
**sclar@cranesimon.com**